IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CR NO: 1:23-po-000145-SAB

**PETER R. NUNEZ**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Peter Raul Nunez | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☐ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint |
| | | charging detainee with: Entering VA Premises Under the Influence and Trespass |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary Thursday, October 5, 2023, at 2:00 p.m., in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Chan Hee Chu* |
| Printed Name & Phone No: | CHAN HEE CHU, Assistant US Attorney |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee Thursday, October 5, 2023, at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Sep 28, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Peter Raul Nunez | ☒Male ☐Female | |
| Booking or CDC #: | 2329372 | DOB: | 12-22-1999 |
| Facility Address: | Fresno | Race: | Hispanic |
| Facility Phone: | | FBI#: | 4J3E6LD59 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)